UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **PATRICK NEWTON GREEN** | **CIVIL ACTION NO. 23-0377** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JENNIFER JACKSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 15] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Patrick Newton Green's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the orders of this Court.

MONROE, LOUISIANA, this 31st day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE